Arnold S. PETERS, Plaintiff–Appellant,

v.

DEPARTMENT OF VETERANS AFFAIRS; et al., Defendants–Appellees.

No. 01–15311.

D.C. No. CV–00–02594–MMC.

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 10, 2001.*

Decided Sept. 21, 2001.

* The panel unanimously finds this case suitable for decision without oral argument and denies Peters' request for oral argument. *See* Fed. R.App. P. 34(a)(2).

**612**

Before HUG, PREGERSON, and WARDLAW, Circuit Judges.

MEMORANDUM **

Arnold S. Peters appeals pro se the judgment of the district court dismissing his action for lack of subject matter jurisdiction and failure to state a claim upon which relief may be granted. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm for the reasons stated in the district court's order filed on January 25, 2001.

Because Peters' action was never certified as a class action by the district court, the district court was not required to direct that the proposed class members be notified prior to dismissal. *See* Fed. R.Civ.P. 23.

Peters' remaining contentions lack merit.

The submissions received on August 14, 2001 and September 7, 2001 are ordered filed. All pending motions are denied.

AFFIRMED.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

